**Order entered April 16, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00087-CV**

**ANGELINA ARREDONDO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DANIEL CANALES ARREDONDO, ET AL., Appellants**

**V.**

**ALL SAINTS MEDICAL CENTER D/B/A BAYLOR SCOTT & WHITE ALL SAINTS MEDICAL CENTER-FORT WORTH; AND BAYLOR HEALTH CARE SYSTEM, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07257**

**ORDER**

Before the Court is court reporter David W. Langford's April 15, 2020 request for extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than May 15, 2020.

/s/    KEN MOLBERG
            JUSTICE